# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ROMERO,** | Case No. 3:09-CV-05635-CRB |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| **ACCESS CAPITAL SERVICES, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this _22_ day of April, 2010.



_____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer